**NOT FOR PUBLICATION**

JAN 07 2016

UNITED STATES COURT OF APPEALS



FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID BARRY TONEMAN and KELLY KRISTENE TONEMAN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> U.S. BANK NA, as trustee for Bear Stearns Asset-Backed Securities Trust 2004-AC7 Asset Backed Certificates Series 2004-AC7; et al., <br><br> Defendants - Appellees. | No. 13-56950 <br><br> D.C. No. 2:12-cv-09369-MMM-MRW <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted January 5, 2016[**]
Pasadena, California

Before: M. SMITH, WATFORD, and FRIEDLAND, Circuit Judges.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

David and Kelly Toneman appeal from the judgment dismissing their Second Amended Complaint with prejudice for failure to state a claim upon which relief can be granted. The Tonemans challenge the district court's dismissal of their claims for wrongful foreclosure, slander of title, negligence, fraud, and unfair business practices on various grounds. We affirm dismissal of these claims for the reasons stated in the district court's order granting the defendants' motion to dismiss.

**AFFIRMED.**